(Reap. Dec. 9805)

T. M. James & Sons China Co. *v.* United States

Entry No. A331.

(Decided October 6, 1960)

*Tompkins & Tompkins (Allerton deC. Tompkins* of counsel) for the plaintiff.
*George Cochran Doub*, Assistant Attorney General (*Murray Sklaroff*, trial attorney), for the defendant.

Richardson, Judge: This appeal for reappraisement presents the question of the proper dutiable value of certain glassware exported from Italy.

The appeal has been submitted for decision upon a stipulation entered into by counsel for the parties hereto, which establishes that the proper basis of appraisement of the involved glassware is export value, as defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, and that said value is the invoice unit values, less 10 per centum, plus packing, as invoiced.

Judgment will be entered accordingly.